UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                              )
                                                    )
DEVELOPING EQUITIES GROUP LLC                       )   Case No. 10-39617-SBB
EIN: 84-1403314                                     )   Chapter 11
                                                    )
                Debtor.                             )

## STIPULATED MOTION TO (1) VACATE AND RESET FINAL HEARING, AND (2) VACATE AND RESET ALL PENDING DEADLINES IN CONNECTION WITH THE FINAL HEARING

DEVELOPING EQUITIES GROUP LLC, Debtor in Possession herein (the "Debtor"), through its counsel Sender & Wasserman, P.C., and STRATUS NORTH CREEK, LLC ("Stratus"), through its counsel James E. Brown & Assoc., P.C., respectfully submit this Stipulated Motion to (1) vacate and reset the final hearing currently scheduled for August 17, 2011, and (2) vacate and reset all pending deadlines in connection with the final hearing (the "Stipulated Motion"). In support of the Stipulated Motion, the parties state as follows:

1. On March 23, 2011, the Debtor filed its Application to Employ Fuller Western Real Estate as Listing Agent/Broker for the Debtor (Docket No. 74). Stratus filed its Objection to the Debtor's Application to Employ Fuller as Listing Agent/Broker for the Debtor on April 13, 2011 (Docket No. 82).

2. On May 23, 2011, the Debtor filed its Plan of Reorganization and Disclosure Statement for the Plan of Reorganization (Docket Nos. 98 and 99). Stratus filed its Objection to the Adequacy of the Disclosure Statement on July 8, 2011 (Docket No. 118).

3. On May 24, 2011, the Debtor filed its Second Motion to Extend the 180 Day Exclusive Period Within Which to Obtain Acceptance of the Debtor's Plan of Reorganization (Docket #100). Stratus filed its Objection to the Second Motion to Extend the Exclusivity Period on June 7, 2011 (Docket #109). The Court entered a Minute Order on July 21, 2011 extending the 180 day exclusive period within which to obtain acceptance of the Debtor's Plan of Reorganization up to and including August 17, 2011 (Docket No. 128).

4. On June 22, 2011, Stratus filed its Motion for Relief from Stay (Docket No. 115). The Debtor filed its Response to the Motion for Relief from Stay on July 12, 2011 (Docket No. 119).

5. The Court held a preliminary hearing on Stratus' Motion for Relief from Stay on July 19, 2011 and July 20, 2011. The Court also held a preliminary hearing on the remaining pleadings and objections on July 20, 2011.

6. On July 21, 2011, the Court entered its Order, Notice of Final Hearing and Procedures for Final Hearing, and Notice to Parties Regarding Direct Testimony by Sworn Declaration (the "Scheduling Order") (Docket No. 129). The Court scheduled a final evidentiary hearing on the above described pleadings to commence on Wednesday, August 17, 2011 at 9:00 a.m. in Courtroom C-402, Byron Rogers Federal Courthouse, 1929 Stout Street, Denver, Colorado (the "Final Hearing").

7. In addition to the scheduled Final Hearing, the following deadlines are currently pending pursuant to the Scheduling Order and the Court's Minute Orders:

    a. The deadline for the Debtor to file its Amended Disclosure Statement and/or Amended Plan is August 10, 2011;

    b. The deadline for the parties to exchange pre-marked exhibits is August 12, 2011;

    c. The deadline for the parties to submit tabbed and indexed binders is August 12, 2011;

    d. The deadline for the parties to jointly file a statement of stipulated facts is August 12, 2011;

    e. The deadline for the parties to exchange all sworn declarations of fact is August 12, 2011; and

    f. The 180 day exclusive period within which to obtain acceptance of the Debtor's Plan of Reorganization expires on August 17, 2011.

(collectively, the "Pending Deadlines").

8. The Debtor and Stratus have been engaged in settlement discussions and negotiations, of a global settlement that would resolve the pleadings described herein and each objection thereto, in addition to all claims between the parties and the pending litigation in state court. The Debtor and Stratus require additional time to complete their discussions and to reduce the settlement to writing. With a global settlement agreement forthcoming, the parties believe that compliance with the Pending Deadlines would result in the parties expending substantial amounts of time and incurring considerable costs that would ultimately be moot under the settlement.

9. Pursuant to FED. R. BANKR. P. 9006(b)(1) the Court may enlarge the period of time by which an act is required to be done by the rules of procedure or court order.

10. Based on the foregoing, pursuant to FED. R. BANKR. P. 9006, the Debtor and Stratus respectfully request that the Court enter an Order (1) vacating and resetting the Final Hearing currently scheduled for August 17, 2011 at 9:00 a.m., and (2) vacating and resetting the Pending

Deadlines, to allow the Debtor and Stratus time to complete global settlement discussions, finalize the terms of the settlement and reduce the settlement to writing.

11. The parties believe they will be able to reduce the settlement to writing within the next forty-five days, and request that the rescheduled Final Hearing and the Pending Deadlines be rescheduled for no earlier than Monday, September 26, 2011, or as soon thereafter as the Court may be available.

12. The parties also request that the Court extend the 180 day exclusive period within which to obtain acceptance of the Debtor's Plan of Reorganization from August 17, 2011 up to and including the date of the rescheduled Final Hearing.

13. The vacating and resetting of the Final Hearing and Pending Deadlines requested herein is reasonable and not interposed for any dilatory purpose.

WHEREFORE, the Debtor and Stratus respectfully request that the Court enter an Order (1) vacating and resetting the Final Hearing currently scheduled for August 17, 2011 at 9:00 a.m., to a date no earlier than Monday, September 26, 2011; (2) vacating and resetting the Pending Deadlines described herein to a date no earlier than Monday, September 26, 2011, or as soon thereafter as the Court may be available; (3) extending the 180 day exclusive period within which to obtain acceptance of the Debtor's Plan of Reorganization up to and including the date of the rescheduled final hearing; and (4) for such other and further relief as the Court deems necessary.

Dated this ___ day of August, 2011.

Respectfully submitted,

| SENDER & WASSERMAN, P.C. | JAMES E. BROWN & ASSOC., P.C. |
|---|---|
| Harvey Sender, #7546 | James E. Brown, #5693 |
| Matthew T. Faga, #41132 | 1350 Seventeenth St., Suite 306 |
| 1660 Lincoln Street, Suite 2200 | Denver, CO 80202 |
| Denver, Colorado 80264 | (303)825-1818 / Fax: (303)825-2828 |
| (303) 296-1999 /Fax: (303) 296-7600 | jim@jamesebrown.com |
| faga@sendwass.com | ATTORNEYS FOR STRATUS |
| ATTORNEYS FOR THE DEBTOR | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 9, 2011, I served by prepaid first class mail a copy of the **STIPULATED MOTION TO (1) VACATE AND RESET FINAL HEARING, AND (2) VACATE AND RESET ALL PENDING DEADLINES IN CONNECTION WITH THE FINAL HEARING** and proposed order on the following:

Developing Equities Group, L.L.C.
PO 631266
Highlands Ranch, CO 80163

Office of the U.S. Trustee
Attn: Alison Goldenberg
999 18th St., Ste. 1551
Denver, CO 80202

Colorado Capital Bank
c/o Kim L. Ritter
650 South Cherry, Suite 1100
Denver, CO 80246-1813

Ally Financial, f/k/a GMAC
Attn: S.A. Campbell, Agent
P.O. Box 130424
Roseville, MN 55113

Snell & Wilmer LLP
Attn: Michael E. Lindsay
1200 Seventeenth Street, Suite 1900
Denver, Colorado 80202-5854

/s/ *Eli Sullivan*
_____
For Sender & Wasserman, P.C.