UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                        )
                                              )
DEVELOPING EQUITIES GROUP LLC                 )   Case No. 10-39617-SBB
EIN: 84-1403314                               )   Chapter 11
                                              )
                    Debtor.                   )

ORDER GRANTING STIPULATED MOTION TO (1) VACATE FINAL HEARING, AND (2) VACATE ALL PENDING DEADLINES IN CONNECTION WITH THE FINAL HEARING

THIS MATTER having come before the Court on Debtor-in-Possession Developing Equities Group, LLC's and creditor Stratus North Creek, LLC's Stipulated Motion to (1) vacate the final hearing currently scheduled for December 7, 2011, and (2) vacate all pending deadlines in connection with the final hearing (the "Stipulated Motion"), and the Court, being advised in the premises and finding cause for the requested extension, hereby

ORDERS that the Stipulated Motion is GRANTED. The final evidentiary hearing in this case previously scheduled to commence on Wednesday, December 7, 2011 at 9:00 a.m. is VACATED. The Court

FURTHER ORDERS that all pending deadlines set forth in the Court's Order Granting Second Stipulated Motion to Vacate and Reset Final Hearing and Resetting All Pending Deadlines in Connection With the Final Hearing dated October 4, 2011, are VACATED. The Court

FURTHER ORDERS that the Debtor's exclusivity period under 11 U.S.C. § 1121(c) to obtain acceptance of its plan of reorganization is extended from December 30, 2011 through and including January 31, 2012.

DATED   December 2, 2011

BY THE COURT:

_____
Sidney B. Brooks,
United States Bankruptcy Judge